

JAMES J. HARTNETT
WILL FORD HARTNETT
JIM HARTNETT, JR.
JAY DAVID HARTNETT
FRED HARTNETT
MELINDA J. HARTNETT*
TANNER HARTNETT

THE HARTNETT LAW FIRM

2920 NORTH PEARL STREET
DALLAS, TEXAS 75201
www.hartnettlawfirm.com
(214) 742-4655
(214) 855-7857 FAX

January 21, 2015

*Via U. S. Regular Mail*

Clerk of the Court
Fourth Court of Appeals
Cadena-Reeves Justice Center
300 Dolorosa, Suite 3200
San Antonio, Texas  78205-3037

  Re: No 04-14-00110-CV/*Mary Moczygemba v. Thomas J. Moczygemba and Harry Lee Moczygemba*

Dear Clerk of the Court:

  We would like to purchase an audio cd of the Oral Argument in the above-referenced matter that took place on January 21, 2015.  Enclosed is a check for $5.00 for this cd.  I have also enclosed a postage-paid return envelope.

  Thank you in advance for your assistance and let me know if you need additional information.

    Very truly yours,

    Toni Napier
    Legal Assistant to Jim Hartnett, Jr.

/tn
Enclosures

Done  1/23/15

*LICENSED TO PRACTICE IN TEXAS AND NEW YORK